**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-24327-GAYLES**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**APPROXIMATELY $877,036.72 (US) FORMERLY ON DEPOSIT IN ACCOUNT NUMBER 229057932478 HELD AT BANK OF AMERICA, N.A., IN THE NAME OF PRONTO MEDICAL CENTER CORP SEIZED ON OR ABOUT FEBRUARY 23, 2026, PURSUANT TO JUDICIAL WARRANT,**

**Defendant *In Rem*.**
______________________________________/

**ORDER**

**THIS CAUSE** comes before the Court on the United States of America's Motion for Default Judgment of Forfeiture ("Motion"). [ECF No. 12]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1. On June 22, 2026, the United States filed its Verified Complaint for Forfeiture *In Rem* against Defendant *in rem*, which is: Approximately $877,036.72 (US) formerly on deposit in account number 229057932478 held at Bank of America, N.A., in the name of Pronto Medical Center Corp. ("Pronto Medical"), which was seized on or about February 23, 2026, to include accrued interest (collectively, "Defendant Asset"). [ECF No. 1].

2. The Complaint alleges that the Defendant Asset is subject to civil judicial forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) because it constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §§ 1349 (Conspiracy

to Commit Heath Care Fraud) and 1347 (Health Care Fraud). [ECF No. 1, ¶¶ 52-57].

3. Notice of this civil forfeiture *in rem* action was published for 30 consecutive days, from June 27 through July 26, 2026, on an official internet government forfeiture site (www.forfeiture.gov) in accordance with Supplemental Rule G(4)(a)(iv)(C), and a Declaration of the Publication was filed with the Court on July 29, 2026. [ECF Nos. 7, 7-1].

4. A warrant of arrest *in rem* was duly executed on the Defendant Asset by an officer of the Fines, Penalties and Forfeiture Section, United States Department of Homeland Security, pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rule") G(3)(b) & (c). A certificate of service was filed with the Clerk of Court on August 7, 2026. [ECF No. 8].

5. Pronto Medical is the only person (or entity) who (or which) reasonably appears to be a potential claimant in this civil *in rem* forfeiture action under Supplemental Rule G(4)(b) on the facts known to the United States. [ECF No. 10-1, ¶ 5].

6. On June 29, 2026, pursuant to Supplemental Rule G(4)(b)(i), written notice of this civil in rem forfeiture action along with a copy of the Complaint was sent by FedEx to Pronto Medical's principal office address at 900 West 49 Street, Unit 410 Hialeah, Florida 33012. The FedEx package was delivered on June 30, 2026. [ECF No. 10-1, ¶ 8].

7. Pursuant to Supplemental Rule G(5)(a) & (b), any claimant to the Defendant Asset was required to file a claim no later than 35 days after the written notice was sent on June 29, 2026, or 60 days after the first publication of notice on the official

internet government forfeiture site on June 27, 2026. Those time periods expired on August 3, 2026, and August 26, 2026, respectively, and no extensions to these time limits have been requested, consented to, or granted by this Court. [ECF No. 10-1, ¶ 10].

8. No person or entity has filed either a claim to the Defendant Asset or an answer to the Complaint, or has otherwise appeared in this regard, and the time to do so has expired. [ECF No. 10-1, ¶ 11].

9. No person or entity thought to have an interest in the Defendant Asset is an infant, incompetent, or presently engaged in military service. [ECF No. 10-1, ¶ 12].

10. On September 21, 2026, pursuant to the United States' motion, the Clerk of the Court entered a Default against Pronto Medical. [ECF No. 11].

11. On September 23, 2026, the United States filed the instant Motion Default Judgment of Forfeiture against the Defendant *in rem*. [ECF No. 12].

12. As a result of the Defendant *in rem's* failure to appear, respond to the Complaint, or otherwise appear in this action, the Court accepts as true the United States' claim for forfeiture.

Accordingly, it is **ORDERED AND ADJUDGED** that the United States' Motion, [ECF No. 12], is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58(a), final judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of September, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**